ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
Assistant United States Attorney
California Bar Number 140310
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-6528
   Facsimile:  (213) 894-7177
   E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 12-2182 TJH(DTBx) |
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE** [JS-6] |
| vs. | |
| $13,665.00 IN U.S. CURRENCY, | |
| Defendant. | |

This action was filed on December 11, 2012.  Notice was given and published in accordance with law.  Claimant Michael Hummer ("claimant") filed a verified claim on January 23, 2013.  No other claims or answers have been filed, and the time for filing claims has expired.  The parties have reached an agreement that is dispositive of this action and hereby request

1

that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant $13,665.00 in U.S. currency (hereinafter "defendant currency") other than claimant are deemed to have admitted the allegations of the complaint.  The allegations set out in the complaint are sufficient to establish a basis for forfeiture.

3.   The United States of America shall have judgment as to $12,815.00 of the defendant currency, with all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4.   The remainder of the defendant currency, that is, $850.00 in U.S. currency, without any interest earned by the government on the full amount of the defendant currency, shall be paid to claimant by electronic transfer directly into a financial institution account designated by claimant's counsel within six weeks of the government's receipt of the information needed to process the payment.  Claimant's counsel agrees to provide appropriate financial institution account information within 10 days of execution of this consent judgment.

5.   Claimant hereby releases the United States of America, its agencies, agents, officers and attorneys, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of

or related to the seizure of the defendant currency and the commencement of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

    6.   The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: February 25, 2013

                           THE HONORABLE TERRY J. HATTER, JR.
                           UNITED STATES DISTRICT JUDGE